UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:23-cv-02036-TLN-KJN |
| | No. 2:23-cv-02037-TLN-KJN |
| | No. 2:23-cv-02058-TLN-KJN |
| | No. 2:23-cv-02059-TLN-KJN |
| | No. 2:23-cv-02061-TLN-KJN |
| | No. 2:23-cv-02062-TLN-KJN |
| | No. 2:23-cv-02063-TLN-KJN |
| | No. 2:23-cv-02064-TLN-KJN |
| | No. 2:23-cv-02065-TLN-KJN |
| | No. 2:23-cv-02066-TLN-KJN |
| | **ORDER** |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County. (*See Bonilla v. Fresno County*, Case No. 2:18-cv-2544-TLN-KJN, ECF No.

1

1  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
2  the Court to open a new case for each attempted new case pleading and assign it to Magistrate
3  Judge Kendall J. Newman for review.  (*Id.* at ECF No. 26).  If the Court determines the new filing
4  is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed
5  and closed.  (*Id.*)

6  The Court has reviewed the complaints/petitions filed in the above-captioned cases and
7  finds they are related to Plaintiff's Alameda County criminal conviction.

8  Accordingly, the complaints/petitions in Case Nos. 2:23-cv-02036, 2:23-cv-02037, 2:23-
9  cv-02058, 2:23-cv-02059, 2:23-cv-02061, 2:23-cv-02062, 2:23-cv-02063, 2:23-cv-02064, 2:23-
10 cv-02065 and 2:23-cv-02066 are hereby DISMISSED.  The Clerk of the Court is directed to close
11 these cases.  No further filings will be accepted.

12 IT IS SO ORDERED.

13 Date:  October 10, 2023

16 Troy L. Nunley
17 United States District Judge